UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| TONYA CROCKER, | ) | Civil Action No. 4:23-CV-01884-BHH-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

After consideration of Defendant's motion to remand and Plaintiff's consent thereto, it is hereby **ORDERED** that Defendant's motion (ECF No. 17) is granted, and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g), including a new decision.

IT IS SO ORDERED.

/s/Bruce H. Hendricks
United States District Judge

Charleston, South Carolina
September 6, 2023